**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TANAR McKENZIE,<br><br>　　　　　　　　Defendant. | NO.  CR10-131-JCC<br><br>DETENTION ORDER |

Offenses charged:

　　Count 1:　　Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Date of Detention Hearing: June 8, 2010

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　1.　　Defendant was not interviewed and his ties to this jurisdiction are unknown.

　　2.　　Defendant has previous convictions of serious bodily crimes.

　　3.　　Defendant has a substantial history of failing to comply with the terms of supervision and infractions while in custody reflecting an unwilling or inability to comply with supervision.

4. There are no conditions or combination of conditions other than detention that will reasonably ensure the appearance of the defendant or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of June, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge